# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MIKE MCNAMEE,<br><br>　　　　　　Defendant. | Case No.<br>EDCV 15-0084 JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiff Monster Energy Company ("Plaintiff") and against Defendant Mike McNamee ("Defendant").

1. Plaintiff shall recover $15,000.00 in statutory damages from Defendant; and
2. Defendant Mike McNamee and his officers, principals, agents, servants, employees, attorneys, successors, assigns, and all other persons in active concert or participation with any of them who receive actual notice of the injunction by

1 personal service or otherwise are permanently
2 enjoined from the following:
3   a. Using Plaintiff's Claw Icon Mark, MONSTER
4      Marks, or MONSTER Trade Dress in connection
5      with Defendant's business or the goods and/or
6      services offered by Defendant, in advertising,
7      promoting, selling, or offering to sell
8      Defendant's unauthorized goods or services,
9      and/or using confusingly similar variations of
10     the Claw Icon Mark, MONSTER Marks, MONSTER
11     Trade Dress, and/or any confusingly similar
12     marks in any manner that is likely to create
13     the impression that Defendant or the goods or
14     services offered by Defendant originate from
15     Plaintiff, are endorsed by Plaintiff, or are
16     connected in any way with Plaintiff;
17   b. Manufacturing, distributing, shipping,
18      importing, reproducing, displaying,
19      advertising, marketing, promoting,
20      transferring, selling, and/or offering to sell
21      any unauthorized products or services bearing
22      or using the Claw Icon Mark, MONSTER Marks, or
23      MONSTER Trade Dress, and/or any confusingly
24      similar marks or trade dress;
25   c. Manufacturing, distributing, shipping,
26      importing, reproducing, displaying,
27      advertising, marketing, promoting,
28      transferring, selling, and/or offering to sell

any unauthorized products bearing or using Plaintiff's Copyrighted Designs (i.e., U.S. copyright registration numbers VA 1-727-577, VA 1-737-654, VA 1-749-215, and VA 1-789-900), or any design substantially similar thereto;

d. Without permission or authorization from Plaintiff, copying, reproducing, distributing, displaying, creating derivative works of Plaintiff's Copyrighted Designs, and/or importing, manufacturing, or producing any products bearing copies of Plaintiff's Copyrighted Designs; and

e. Otherwise infringing or diluting Plaintiff's Claw Icon Mark, MONSTER Marks, or MONSTER Trade Dress.

The Court orders that such judgment be entered against Defendant Mike McNamee.  As there are no remaining defendants in this action, the Clerk is directed to close the case.

Dated: September 8, 2015

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge

3